IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARA LONGENBERGER,<br>    Plaintiff<br><br>    v.<br><br>WILLIAM MINER, et al.,<br>    Defendants | No. 4:17-cv-00588<br><br>(Judge Kane) |

## ORDER

**AND NOW**, on this 27th day of February 2018, in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT** Defendants William Miner, Darwin Tobias, III, and the City of Shamokin's motion to dismiss Counts I and II of Plaintiff Sara Longenberger's amended complaint (Doc. No. 28), is **GRANTED**. Counts I and II are **DISMISSED WITH PREJUDICE**. **IT IS FURTHER ORDERED THAT** Plaintiff's pendent state law claims are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c)(3). The Clerk is directed to **CLOSE** this case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania